# SENTENCING MINUTES

| | |
|---|---|
| DATE: JANUARY 25, 2024 | CASE NUMBER: 3:22CR121 |
| JUDGE: M. HANNAH LAUCK | CT REPORTER: RUTH LEVY, OCR |
| INTERPRETER: JOHNNY BENNINGFIELD | |

| | |
|---|---|
| UNITED STATES OF AMERICA | KASHAN PATHAN & STEPHEN ANTHONY, AUSA |
| v. | COUNSEL |
| JULIO CESAR ALVARADO DUBON | JOSE APONTE, ESQ. |

**SENTENCING ON COUNT(S):** ONE (1)  ☐ Criminal Information  ☒ Indictment  ☐ Superseding Ind.

**PRELIMINARY MATTERS:** Deft's motion to correct year of birth as noted in the Statement of Facts and PSR GRANTED. Court ORDERS Govt to file Amended Statement of Facts and USPOfficer to correct PSR to reflect the year of birth as "1970".

**OBJECTIONS TO PSR:** No objection to PSR as to factual finding. PSR ADOPTED (with correction as noted above).

**STATEMENTS MADE BY:** GOV'T ☒   DEFENSE COUNSEL ☒   DEFT ☐

**ON MOTION OF GOV'T.,** ☐ INDICTMENT ☐ REMAINING CTS. DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON:_____   BY:_____
☐ IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today   ☒

**DEFT REMANDED TO CUSTODY**   ☒

CASE SET: 11:00 AM   BEGAN: 11:11   ENDED: 1:42   TIME IN COURT: :31

PAGE TWO (2)

**SENTENCE TEXT**

**COUNT ONE**     IMPRISONMENT ___16___ MOS.   CONCURRENT ☐   CONSECUTIVE ☐

　　　　　　　　CREDIT FOR TIME SERVED ON THIS CHARGE ☐

　　　　　　　　SUPERVISED RELEASE _Not Imposed_  (Deft to be deported)

　　　　　　　　PROBATION _____ YEARS

　　　　　　　　FINE $_____   ☒ Fine not imposed

　　　　　　　　SPECIAL ASSESSMENT $100.00 due immediately

**COUNT** _____     IMPRISONMENT _____ MOS.   CONCURRENT ☐   CONSECUTIVE ☐

　　　　　　　　SUPERVISED RELEASE _____ YEARS     CONCURRENT ☐

　　　　　　　　PROBATION _____ YEARS     CONCURRENT ☐

　　　　　　　　FINE $_____   ☐ Fine not imposed

　　　　　　　　SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____     IMPRISONMENT _____ MOS.   CONCURRENT ☐   CONSECUTIVE ☐

　　　　　　　　SUPERVISED RELEASE _____ YEARS     CONCURRENT ☐

　　　　　　　　PROBATION _____ YEARS     CONCURRENT ☐

　　　　　　　　FINE $_____   ☐ Fine not imposed

　　　　　　　　SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ☐ ENTERED 10/4/2023 (ECF NO. 53)**

**RESTITUTION ORDERED:** _____

**RECOMMENDATION(S) TO BOP:**
☐ Designate dft. to a facility near family　　☐ Designate dft. to _____ FCI
☐ SHOCK Incarceration Program　　☐ BRAVE Program
☐ Educational / Vocational training　　☐ BOP 500-hr intensive drug treatment program
☐ UNICOR program  ☐ with _____ portion of earnings directed to child support
☐ OTHER:_____

**PAGE THREE (3)**

# SPECIAL CONDITIONS of Probation / Supervised Release:

☐(1) Incur no new credit without approval of probation officer
☐(2) Provide probation officer with access to financial information
☐(3) Perform community service _____ HOURS during period of supervision
☐(4) Participate in drug/alcohol treatment; ☐ Pay cost of treatment
☐(5) Participate in mental health treatment; ☐ Pay cost of treatment
  ☐ Participate in anger management
☐(6) Participate in home confinement program for _____ with monitoring
  ☐ Permitted to work, attend church, or other approved activities
  ☐ Maintain telephone without special features; no cordless phone
  ☐ Pay costs of electronic monitoring
☐(7) Placement in a Community Confinement Center for _____ (term)
☐**(8) Defendant to be surrendered to BICE for deportation proceedings**
  ☒ **If deported, defendant to remain outside the United States**
☐(9) Mandatory drug testing waived
  ☐ Probation officer may still administer drug test if deemed appropriate
☐(10) Pay child support in amount ordered by social services or Court
☐(11) Serve intermittent confinement on weekends for a period of _____ DAYS
☐(12) No possession of pager, cellular telephone, or other handheld communication device
☐(13) Defendant shall pay any balance owed on the S/A imposed by the Court
  ☐ Pay in installments of not less than $_____ per month,
    to begin 30 / 60 days after start of supervision until paid in full
☐(14) Waive all rights of confidentiality regarding mental health treatment
  (or other treatment) to allow release of information to Probation, etc.
☐(15) Commencing _____, and continuing for _____, defendant may
   operate a motor vehicle only for purposes of work and court, including travel to
   the Probation Office and alcohol treatment program
☐(16) Defendant to apply monies received from tax refunds, lottery winnings, and any
   anticipated or unexpected financial gains to the Court-ordered financial obligation


☒(---) **Other:**

  Defense counsel's motion to continue representation on appeal as related to Suppression Motion [ECF No.36] GRANTED.